# EXHIBIT 5

# Zachary Myers

**From:** Michael Eisenberg <mike@eisenbergexclusives.com>
**Sent:** Saturday, October 9, 2021 12:41 PM
**To:** Zachary Myers
**Subject:**

Begin forwarded message:

> From: Brian Williams <bwilliams@powdermountain.com>
> Date: June 18, 2020 at 1:08:11 PM EDT
> To: Michael Eisenberg <mike@furnishedhabitat.com>
> Cc: David Shusterman <dshusterman@gmail.com>
> Subject: Lot 71 / Closing June 26th
>
> Hi guys,
>
> I have sent a couple of WhatsApp messages and have not been over to reach you.
>
> We need to close on June 26th with cash per the conversation I had with Mike the day I found out the loan was not approved. We had to reinstate the 10 Day Notice to Perform.
>
> I need to get Brad at GT Title the information for Title so he can circulate closing docs and send over wire instructions for the funds. Please let me know how you would like Title to read and what the mailing address should be for taxes.
>
> Thanks,
>
> 
>
> **Brian Williams | Powder Mountain | Director of Real Estate**
> +1.435.602.0217 | bwilliams@powdermountain.com
> 3923 Wolf Creek Drive, Eden, UT 84310