# EXHIBIT 12

Todd D. Weiler, #7671
Zachary C. Myers, #15302
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah  84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472
todd.weiler@chrisjen.com
zachary.myers@chrisjen.com
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SMHG PHASE I LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL EISENBERG, NOURIEL ROUBINI, and DAVID SHUSTERMAN,<br><br>    Defendants. | **DECLARATION OF DAVID SHUSTERMAN**<br><br>Civil No. 1:22-cv-00035<br><br>Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

I, David Shusterman, hereby declare and state as follows:

1.      In approximately June 2020, there were separate discussions with SMHG's agent, Brian Williams ("Williams") and Eisenberg and Eisenberg's business partner David Shusterman ("Shusterman"). Eisenberg and Shusterman requested additional time to close the sale. This request was granted orally by SMHG's agent, Brian Williams. SMHG agreed to extend the Closing Date.

2. At no point has Eisenberg or Roubini transferred either of their interests to the lot, under the REPC, to Shusterman.

## DECLARATION

I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

SIGNED  June 27, 2022         At: New York City, New York
                              City or other location, and state or country

                              David Shusterman
                              Printed Name

                              */s/David Shusterman*\*
                              Signature
                              *Signed with permission via Email on May 27, 2022