Todd D. Weiler, #7671
Zachary C. Myers, #15302
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472
todd.weiler@chrisjen.com
zachary.myers@chrisjen.com
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SMHG PHASE I LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL EISENBERG, NOURIEL ROUBINI, and DAVID SHUSTERMAN,<br><br>Defendants. | **STIPULATED MOTION FOR JUDICIAL SETTLEMENT CONFERENCE**<br><br><br>Civil No. 1:22-cv-00035-DBB-JCB<br><br>Judge David B. Barlow<br>Magistrate Judge Jared C. Bennett |

Pursuant to DUCivR 16-2, the Parties jointly move for this matter to be referred for a judicial settlement conference.

The Parties believe that a judicial settlement conference has a fairly good likelihood of success and would be a good use of time and resources. No stay is requested under DUCivR 16-2(c).

A proposed order is filed herewith.

DATED this 28th day of August 2025.

                                      CHRISTENSEN & JENSEN, P.C.

                                      Todd Weiler
                                      Zachary C. Myers
                                      *Attorneys for Defendants*

DATED this 28th day of August 2025.

                                      STRONG & HANNI

                                      */s/ Spencer W. Young*
                                      Spencer W. Young
                                      Wesley J. Alexander
                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2025, I caused a true and correct copy of the foregoing **STIPULATED MOTION FOR JUDICIAL SETTLEMENT CONFERENCE** to be filed with the Clerk of the Court using the CM/ECF system, which automatically served such filing via electronic filing service on the following:

    Spencer W. Young
    Wesley J. Alexander
    STRONG & HANNI
    102 South 200 East, Suite 800
    Salt Lake City, Utah 84111
    syoung@strongandhanni.com
    walexander@strongandhanni.com
    *Attorneys for SMHG Phase I, LLC*

                                        /s/ Anne L. MacLeod